FILED
2021 Jul-27  PM 01:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

ELECTRONICALLY FILED
6/23/2021 3:25 PM
20-CV-2021-900142.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Cas<br>2C<br><br>Date of Filing:<br>06/23/2021 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### TYRUS A KELLY ET AL v. PHYLLIS KNIGHT ET AL

**First Plaintiff:** ☐ Business  ☑ Individual   **First Defendant:** ☐ Business  ☑ Individual
☐ Government  ☐ Other     ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☐ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☑ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/<br>Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/<br>Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING     A ☐ APPEAL FROM<br>DISTRICT COURT     O ☐ OTHER

R ☐ REMANDED     T ☐ TRANSFERRED FROM<br>OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO     **Note:** Checking "Yes" does not constitute a demand for a<br>jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
HAY054          6/23/2021 3:25:36 PM          /s/ MITCHELL DEWAYNE HAYS
_____          _____          _____
                Date                Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**     ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:**     ☐ YES ☑ NO

ELECTRONICALLY FILED
6/23/2021 3:25 PM
20-CV-2021-900142.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

## IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

|  |  |
|---|---|
| TYRUS A. KELLY,<br>Individually and as<br>Personal Representative of the<br>Estate of Shaleh Kelly, deceased.<br>   **PLAINTIFFS.**<br><br>**V.**<br><br><br>**PHYLLIS KNIGHT,**<br>**KEITH KNIGHT, and**<br>**METROPOLITAN LIFE INSURANCE CO.**<br>   **DEFENDANTS.** | (<br>(<br>(<br>(<br>(<br>(<br>(<br>(  CV 21 - _____<br>(<br>(<br>(<br>(<br>(<br>(<br>(<br>(<br>( |

## COMPLAINT

COMES NOW the Plaintiffs through this complaint and respectfully requests that this Honorable Court hear this cause and grant relief as may be proper and as grounds therefore avers unto the Court the following:

1. The Plaintiffs, Tyrus A. Kelly, is an individual over the age of nineteen years, and the Personal Representative of the Estate of Shaleh Kelly, who owns property in Colbert County, Alabama at the time of the incident made the basis of this action.

2. The Defendant, Phyllis Knight, is an individual over the age of nineteen years who at the time of the incident made the basis of this action changed the beneficiary of a life insurance policy belonging to Shaleh Kelly, which Shaleh Kelly was also the owner of the said policy, so that she and her husband would be the beneficiaries.

3. The Defendant, Keith Knight, is an individual over the age of

nineteen years who at the time of the incident made the basis of this action changed the beneficiary of a life insurance policy belonging to Shaleh Kelly, which Shaleh Kelly was also the owner of the said policy, so that he and his wife would be the beneficiaries.

4.      The Defendant, Metropolitan Life Insurance Company, is a company doing business in the state of Alabama who at the time of the incident made basis of this action held life insurance policy(s) insuring the life of Shaleh Kelly, which Shaleh Kelly was also the owner of the said policy and did not perform its duty to the said insured/owner by ensuring any changes were made by the insured/owner. Said life insurance policy(s) were current and paid to the time of Shaleh Kelly's death.

5.      The Plaintiffs allege Shaleh Kelly passed away on January 31, 2018.

6.      The Plaintiffs aver that the Defendants, Phyllis Knight and Keith Knight, changed the beneficiary to the said life insurance policy(s) belonging to Shaleh Kelly without his knowledge or consent. That prior to the said change, the Plaintiff, Tyrus A. Kelly, believes he was named the beneficiary.

7.      The Plaintiffs allege that the Defendants, Phyllis Knight and Keith Knight, possibly changed the said life insurance policy(s) online by making an account for Shaleh Kelly and going through the online steps to change the beneficiary all without the knowledge or consent of the said Shaleh Kelly. The Plaintiff learned of the change after the death of Shaleh Kelly and upon his attaining Letters of Administration to the Estate of Shaleh Kelly.

8.      The Plaintiffs aver that the Defendants, Phyllis Knight and Keith Knight, through misrepresentation, fraud, and unjust enrichment, changed the beneficiary to the said life insurance policy(s) of Shaleh Kelly to which they had no right to change.

9.     The Plaintiffs allege that the Defendant, Metropolitan Life Insurance Company, through negligence allowed the beneficiary to the said life insurance policy(s) of Shaleh Kelly to be improperly changed due to their neglect in not ensuring the person(s) making the changes was the insured/owner, Shaleh Kelly.

10.     Further, the Plaintiffs aver that the Defendants must answer for any loss due to changing of the said beneficiary to the life insurance policy(s) and cannot escape liability when the Defendants, Phyllis Knight and Keith Knight intentionally, maliciously, fraudulently and with misrepresentation unjustly enriched themselves through the change of the said beneficiary. The Defendant, Metropolitan Life Insurance Company cannot escape liability when it allowed the said change to the beneficiary without preforming its duty to the owner/insured to ensure any changes made to the policy was in fact done by the said owner/insured.  The Plaintiffs aver that, after the death of Shaleh Kelly and him being appointed as Personal Representative of the Estate of Shaleh Kelly, he learned of the beneficiary had been changed the Defendants, Phyllis Knight and Keith Knight.

**WHEREFORE** the aforementioned described premises and averments considered, Plaintiffs pray judgment against the Defendants, separately and severally, in such sum as the jury shall determine that the Plaintiffs are entitled to recover in both compensatory and punitive damages, together with interest and costs:

### COUNT ONE
### (Fraud/Deceit)

11.     The Plaintiffs incorporate herein by reference the allegations set forth in paragraphs 1 through 10 above.

12.     The Plaintiffs aver that the Defendants have, by fraud and deceit, intentionally changed the beneficiary of a life insurance policy that did not belong to them. Through the internet or other means, the Defendants changed the beneficiary from the Plaintiffs to themselves without the knowledge, consent or understanding of the policy owner.  The Defendants knew of their misconduct and intentionally defrauded the Plaintiffs.  The Defendant misrepresented facts and concealed facts in order to change the said beneficiary.  The Defendants received the pay-out from the life insurance policy upon the death of the Plaintiff's father, **Shaleh Kelly**.  The Plaintiffs aver that the fraud and deceit was malicious, oppressive, or gross, and made with knowledge of its falseness and committed with the intent to deprive the plaintiffs of property or legal rights or otherwise caused injury.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendants pay damages, direct and indirect costs, court costs, and attorney fees. Further, the Plaintiffs request that punitive damages be awarded for the intentional and wanton acts of the Defendants so as to punish the Defendants for the harm to these Plaintiffs.

## COUNT TWO
### (Misrepresentation)

13.     The Plaintiffs incorporate herein as reference the allegations set forth in paragraphs 1 through 12, above.

14.     The Plaintiffs aver that the Defendants, Phyllis Knight and Keith Knight, through deceit and misrepresentation changed the beneficiary of a life insurance policy that did not belong to them.  The Plaintiffs further aver that the Defendants knew they

were not the beneficiaries named in the life insurance policy of Shaleh Kelly. The Plaintiffs aver that this willful misrepresentation caused the Plaintiffs injury.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendants, Phyllis Knight and Keith Knight, pay damages, direct and indirect costs, court costs, and attorney fees. Further, the Plaintiffs request that punitive damages be awarded for the intentional and wanton acts of the Defendants so as to punish the Defendants for the harm to these Plaintiffs.

**COUNT THREE**
**(Breach of Contract)**

15.     The Plaintiffs incorporate herein as reference the allegations set forth in paragraphs 1 through 14, above.

16.     The Plaintiffs aver that the defendant, Metropolitan Life Insurance Company, had a duty to distribute to the beneficiary expressly named by the owner of the policy. The Plaintiffs allege the said defendant did not distribute to the beneficiary expressly named by the owner of the policy, thereby breaching the contract with the owner of the policy.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendant, Metropolitan Life Insurance Company, pay damages, direct and indirect costs, court costs, and attorney fees. Further, the Plaintiffs request that punitive damages be awarded for the intentional brach of contract so as to punish the Defendant for the harm to these Plaintiffs.

**COUNT FOUR**
**(Mental Anguish)**

17.     The Plaintiff incorporates herein as reference the allegations set forth in paragraphs 1 through 16, above.

18.     The Plaintiffs aver that due to the Defendants, Phyllis Knight and Keith Knight, above described fraudulent actions and misconduct, together with fraudulent suppression and misrepresentation, that the Plaintiffs have suffered and undergone mental anguish as a proximate result of the intentional conduct of the Defendants.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendants, Phyllis Knight and Keith Knight, pay damages, direct and indirect costs, court costs, and attorney fees.  Further, the Plaintiffs request that punitive damages be awarded for the intentional and wanton acts of the Defendants so as to punish the Defendants for the harm to these Plaintiffs.

### COUNT FIVE
### (Negligence)

19.     The Plaintiffs incorporate herein as reference the allegations set forth in paragraphs 1 through 18, above.

20.     The Plaintiffs aver and allege that the Defendant, Metropolitan Life Insurance Company allowed a beneficiary to be changed on a life insurance policy due to their negligent conduct. Further, the Defendant allowed its insured to have fraud and deceit committed against him due to their neglect conduct. The Defendant had a duty to protect the life insurance policy of Shaleh Kelly from fraud, deceit, and bad faith, which it did not do. The Plaintiffs aver the Defendant promised to warrant and defend the life insurance policy of Shaleh Kelly and failed to do so. The Plaintiffs allege that due to the said negligence, the Plaintiffs have suffered damages.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs demand judgment against the Defendant, Metropolitan Life Insurance Company in an amount sufficient to compensate them for the injuries and damages which they have sustained as a proximate result of the above-described breaches of contract, including incidental and consequential damages.

## COUNT SIX
### (Unjust Enrichment)

21.     The Plaintiffs incorporate herein as reference the allegations set forth in paragraphs 1 through 20, above.

22.     The Plaintiffs aver the Defendants, Phyllis Knight and Keith Knight, were unjustly enriched by receiving the disbursement of a life insurance policy through deceit, misrepresentation and fraud. The Plaintiffs allege that due to the proximate result of the intentional unjust enrichment of the Defendants, the Plaintiffs have suffered damages.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendants, Phyllis Knight and Keith Knight, pay damages, direct and indirect costs, court costs, and attorney fees.  Further, the Plaintiffs request that punitive damages be awarded for the intentional and wanton acts of the Defendants so as to punish the Defendants for the harm to these Plaintiffs.

Tyrus A. Kelly, as an individual

Tyrus A. Kelly, as personal
representative of the estate of
Shaleh Kelly

Page **7** of **8**

Respectfully submitted this 23rd day of June, 2021.

MITCHELL D. HAYS
Attorney for the Plaintiffs

**OF COUNSEL:**

Mitchell D. Hays
P.O. Box 386
Tuscumbia, Alabama  35674
Telephone:  (256) 383-9444
Fax:  (256) 381-7887

## **JURY DEMAND**

PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.

OF COUNSEL

**STATE OF ALABAMA**
**COLBERT COUNTY**

Before me, a Notary Public, in and for said county and state, personally appeared **Tyrus A. Kelly, as an individual and as personal representative of the estate of Shaleh Kelly**, who being known to me, and being by me first duly sworn, does depose and say that he has knowledge of the facts and matters stated in the foregoing instrument and that said facts are true and correct to the best of his knowledge, information and belief.

Sworn to and subscribed before me on this the 23rd day of June, 2021.

NOTARY PUBLIC
My commission expires 04/02/23

Page **8** of **8**



AlaFile E-Notice

20-CV-2021-900142.00

To:  MITCHELL DEWAYNE HAYS
     hayslaw@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following complaint was FILED on 6/23/2021 3:25:43 PM

Notice Date:    6/23/2021 3:25:43 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2021-900142.00

To:  PHYLLIS KNIGHT
     130 BERGEN DR
     FAYETTEVILLE, GA, 30215

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following complaint was FILED on 6/23/2021 3:25:43 PM

Notice Date:      6/23/2021 3:25:43 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2021-900142.00

To:  KEITH KNIGHT
     130 BERGEN DR
     FAYETTEVILLE, GA, 30215

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following complaint was FILED on 6/23/2021 3:25:43 PM

Notice Date:     6/23/2021 3:25:43 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2021-900142.00

To: METROPOLITAN LIFE INSURANCE CO
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST, STE 605
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following complaint was FILED on 6/23/2021 3:25:43 PM

Notice Date:     6/23/2021 3:25:43 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>20-CV-2021-900142.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
## TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL

**NOTICE TO:** PHYLLIS KNIGHT, 130 BERGEN DR, FAYETTEVILLE, GA 30215

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MITCHELL DEWAYNE HAYS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 386, TUSCUMBIA, AL 35630

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TYRUS A KELLY
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 06/23/2021 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.     /s/ MITCHELL DEWAYNE HAYS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

in                                                    County,

*(Name of Person Served)*                          *(Name of County)*

Alabama on

*(Date)*

*(Type of Process Server)*        *(Server's Signature)*        *(Address of Server)*

*(Server's Printed Name)*        *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2021-900142.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL

**NOTICE TO:**   KEITH KNIGHT, 130 BERGEN DR, FAYETTEVILLE, GA 30215
_____
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MITCHELL DEWAYNE HAYS
_____,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 386, TUSCUMBIA, AL 35630
_____.
*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of  TYRUS A KELLY
pursuant to the Alabama Rules of the Civil Procedure.   *[Name(s)]*

| 06/23/2021 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ MITCHELL DEWAYNE HAYS
*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____.
*(Date)*

_____          _____
*(Type of Process Server)*          *(Address of Server)*

_____          _____
*(Server's Signature)*          _____

_____          _____
*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2021-900142.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL

**NOTICE TO:** METROPOLITAN LIFE INSURANCE CO, C/O CT CORPORATION SYSTEM 2 N. JACKSON ST, STE 605, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MITCHELL DEWAYNE HAYS                                                                                                          ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 386, TUSCUMBIA, AL 35630                                         .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TYRUS A KELLY
pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 06/23/2021 | /s/ MARK R. EADY | By: | |
|---|---|---|---|
| *(Date)* | *(Signature of Clerk)* | | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ MITCHELL DEWAYNE HAYS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____.

*(Date)*

_____    _____

*(Type of Process Server)*                    *(Server's Signature)*

_____    *(Address of Server)*

*(Server's Printed Name)*                 _____

*(Phone Number of Server)*

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)                $ _____

☐ Return Receipt (electronic)              $ _____

☐ Certified Mail Restricted Delivery       $ _____

☐ Adult Signature Required                 $ _____

☐ Adult Signature Restricted Delivery      $ _____

Postage

$

Total Postage and Fees

$

Sent To    Phyllis Knight Door

Street and Apt. No., or PO Box No.

City, State,    W21-900142

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

Postmark
Here

TUSCUMBIA, AL 35___
JUN 24 20__
USPS

7020 2450 0000 4670 1815

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)         $ _____

☐ Return Receipt (electronic)       $ _____

☐ Certified Mail Restricted Delivery $ _____

☐ Adult Signature Required          $ _____

☐ Adult Signature Restricted Delivery $ _____



Postmark
Here

TUSCUMBIA, AL 35674

JUN 24 202

USPS

Postage

$

Total Postage and Fees

$

Sent To  Keith Knight D002

Street and Apt. No., or PO Box No.

City, State, ZIP+4  Wal-9001Ya

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7020 2450 0000 0470 1808



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

**OFFICIAL USE**

Certified Mail Fee

$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)          $
- ☐ Return Receipt (electronic)        $
- ☐ Certified Mail Restricted Delivery  $
- ☐ Adult Signature Required           $
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

COLUMBIA, AL 35674   JUN 24 2... USPS

Postage

$

Total Postage and Fees

$

Sent To   Metro Life Ins. Co.

Street and Apt. No., or PO Box No.   CW21-900142    D003

City, State, ZIP+4

See Reverse for Instructions

PS Form 3800, April 2015 PSN 7530-02-000-9047

7192 6290 0000 2450 2442 0202



AlaFile E-Notice

20-CV-2021-900142.00

Judge: KYLE W BROWN

To:  HAYS MITCHELL DWAYNE
     hayslaw@aol.com

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following matter was served on 6/28/2021

**D003 METROPOLITAN LIFE INSURANCE CO**

**Corresponding To**

CERTIFIED MAIL

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

July 22, 2014

Mr. Eric Peterson
1844 Church Street
West Palm Beach, FL 33409

Dear Mr. Peterson:

Subject:   File No. 71487
           Policy No. G7412910

This letter provides the status of your claim for disability benefits under the above referenced policy.

Please know we have received records from Dr. Craig Lichtblau, Dr. David Campbell and Dr. Richard De Lucia. As this information is reviewed we will remain in contact with you accordingly.

We again thank you for agreeing to meet with our field representative, Mr. John Vick to discuss your claim, Mr. Vick will contact you accordingly to arrange a mutually agreeable date and time in the near future. At this meeting Mr. Vick will discuss, among other things, the previously requested work documentation outlined in my prior letter dated June 27, 2014.

Please know that Mr. Pastor has provided the financial information requested including Profit and Loss Statements that were previously outstanding and all of the financial information is currently being reviewed.

Please contact me toll free at 888-275-7473, 4404 with any questions or concerns.

Sincerely,

Robert Munday
Claims Consultant

rm

00625

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Metropolitan Life Ins Co.
c/o Corp System
2 N. Jackson St, Ste 605
Montgomery, AL 36104

W21-9014a D003

9590 9402 6395 0303 4162 06

7020 2450 0000 4670 1792

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Jennifer Lockwood      ☐ Agent
                         ☐ Addressee

B. Received by (Printed Name)      C. Date of Delivery

JUN 2 8 2021

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053      Domestic Return Receipt

USPS TRACKING #

9590 9402 5395 0303 4062 06

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Mark R. Eady
Circuit Clerk
Colbert County Courthouse
P.O. Box 740370
Tuscumbia, AL 35674

2021 JUL - 1  PM 12: 52

CIRCUIT COURT CLERK

MARK R. EADY



**CERTIFIED MAIL**

7020 2450 0000 4670 1815

STATE OF ALABAMA
31st JUDICIAL CIRCUIT
MARK R. EADY, CIRCUIT
Colbert County Courthouse
Post Office Box 740370
Tuscumbia, Alabama 356(

2021 JUL -1 PM 12:52

BIRMINGHAM AL 350
24 JUN 2021 PM 2 L

NEOPOST
06/24/2021
US POSTAGE $007.16⁰
FIRST-CLASS MAIL
ZIP 35674
041M11452353

2021 JUL -1 PM 12:52

0006/29/21

NIXIE   300   DE 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 35674741770   *1139-06695-24-42

30215>4462

To: PHYLLIS KNIGHT
130 BERGEN DR
FAYETTEVILLE, GA, 30215

CIRCUIT COURT

2021 JUL - 1  PM 12: 52

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phyllis Knight
130 Bergen Drive
Fayetteville, GA 30215

9590 9402 6395 0303 4161 38

2. Article Number (Transfer from service label)
7020 2450 0000 4670 1815

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

CV21-900142 D001

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



AlaFile E-Notice

20-CV-2021-900142.00

Judge: KYLE W BROWN

To:  HAYS MITCHELL DWAYNE
     hayslaw@aol.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following matter was not served on 7/1/2021

**D001 KNIGHT PHYLLIS**

**Corresponding To**

UNDELIVERABLE

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



STATE OF ALABAMA
31st JUDICIAL CIRCUIT
MARK R. EADY, CIRCUIT
Colbert County Courthouse
Post Office Box 740370
Tuscumbia, Alabama 35674

To: KEITH KNIGHT
130 BERGEN DR
FAYETTEVILLE, GA, 30215

7020 2450 0000 4670 1808



NEOPOST
06/24/2021
US POSTAGE $007.16°
FIRST CLASS MAIL
ZIP 35674
041M11452253

CERTIFIED MAIL

DIXIE   300   FE 1

NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

RETURN TO SENDER

BC: 35674741770        0006/29/21

*1991-00715-29-27



CIRCUIT COURT CLERK

2021 JUL - 1   PM 12: 52

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Kevin Knight
130 Bergen Drive
Fayetteville, GA 30215

9590 9402 6395 0303 4161 45

2. Article Number (Transfer from service label)

7020 2450 0000 4670 1808

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X CIRCUIT COURT CLERK   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   2021 JUL - 1   PM 12:52   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

CV31-900148 DW8

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ... stricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

2021 JUL - 1   PM 12: 52



AlaFile E-Notice

20-CV-2021-900142.00

Judge: KYLE W BROWN

To: HAYS MITCHELL DWAYNE
hayslaw@aol.com

# NOTICE OF NO SERVICE

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following matter was not served on 7/1/2021

**D002 KNIGHT KEITH**

**Corresponding To**

UNDELIVERABLE

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

DOCUMENT 2

ELECTRONICALLY FILED
7/15/2021 1:49 PM
20-CV-2021-900142.00
CIRCUIT COURT OF
COLBERT COUNTY, ALABAMA
MARK R. EADY, CLERK

## IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

| | |
|---|---|
| TYRUS A. KELLY, **Individually and as Personal Representative of the Estate of Shaleh Kelly, deceased.** PLAINTIFFS. | ( ( ( ( ( ( |
| V. | ( ( (    CV 21 - _____ |
| PHYLLIS KNIGHT, KEITH KNIGHT, and METROPOLITAN LIFE INSURANCE CO. DEFENDANTS. | ( ( ( ( ( ( ( |

### COMPLAINT

COMES NOW the Plaintiffs through this complaint and respectfully requests that this Honorable Court hear this cause and grant relief as may be proper and as grounds therefore avers unto the Court the following:

1.     The Plaintiffs, Tyrus A. Kelly, is an individual over the age of nineteen years, and the Personal Representative of the Estate of Shaleh Kelly, who owns property in Colbert County, Alabama at the time of the incident made the basis of this action.

2.     The Defendant, Phyllis Knight, is an individual over the age of nineteen years who at the time of the incident made the basis of this action changed the beneficiary of a life insurance policy belonging to Shaleh Kelly, which Shaleh Kelly was also the owner of the said policy, so that she and her husband would be the beneficiaries.

3.     The Defendant, Keith Knight, is an individual over the age of

nineteen years who at the time of the incident made the basis of this action changed the beneficiary of a life insurance policy belonging to Shaleh Kelly, which Shaleh Kelly was also the owner of the said policy, so that he and his wife would be the beneficiaries.

4.      The Defendant, Metropolitan Life Insurance Company, is a company doing business in the state of Alabama who at the time of the incident made basis of this action held life insurance policy(s) insuring the life of Shaleh Kelly, which Shaleh Kelly was also the owner of the said policy and did not perform its duty to the said insured/owner by ensuring any changes were made by the insured/owner. Said life insurance policy(s) were current and paid to the time of Shaleh Kelly's death.

5.      The Plaintiffs allege Shaleh Kelly passed away on January 31, 2018.

6.      The Plaintiffs aver that the Defendants, Phyllis Knight and Keith Knight, changed the beneficiary to the said life insurance policy(s) belonging to Shaleh Kelly without his knowledge or consent. That prior to the said change, the Plaintiff, Tyrus A. Kelly, believes he was named the beneficiary.

7.      The Plaintiffs allege that the Defendants, Phyllis Knight and Keith Knight, possibly changed the said life insurance policy(s) online by making an account for Shaleh Kelly and going through the online steps to change the beneficiary all without the knowledge or consent of the said Shaleh Kelly. The Plaintiff learned of the change after the death of Shaleh Kelly and upon his attaining Letters of Administration to the Estate of Shaleh Kelly.

8.      The Plaintiffs aver that the Defendants, Phyllis Knight and Keith Knight, through misrepresentation, fraud, and unjust enrichment, changed the beneficiary to the said life insurance policy(s) of Shaleh Kelly to which they had no right to change.

9.     The Plaintiffs allege that the Defendant, Metropolitan Life Insurance Company, through negligence allowed the beneficiary to the said life insurance policy(s) of Shaleh Kelly to be improperly changed due to their neglect in not ensuring the person(s) making the changes was the insured/owner, Shaleh Kelly.

10.     Further, the Plaintiffs aver that the Defendants must answer for any loss due to changing of the said beneficiary to the life insurance policy(s) and cannot escape liability when the Defendants, Phyllis Knight and Keith Knight intentionally, maliciously, fraudulently and with misrepresentation unjustly enriched themselves through the change of the said beneficiary. The Defendant, Metropolitan Life Insurance Company cannot escape liability when it allowed the said change to the beneficiary without preforming its duty to the owner/insured to ensure any changes made to the policy was in fact done by the said owner/insured.  The Plaintiffs aver that, after the death of Shaleh Kelly and him being appointed as Personal Representative of the Estate of Shaleh Kelly, he learned of the beneficiary had been changed the Defendants, Phyllis Knight and Keith Knight.

**WHEREFORE** the aforementioned described premises and averments considered, Plaintiffs pray judgment against the Defendants, separately and severally, in such sum as the jury shall determine that the Plaintiffs are entitled to recover in both compensatory and punitive damages, together with interest and costs:

## COUNT ONE
### (Fraud/Deceit)

11.     The Plaintiffs incorporate herein by reference the allegations set forth in paragraphs 1 through 10 above.

12.     The Plaintiffs aver that the Defendants have, by fraud and deceit, intentionally changed the beneficiary of a life insurance policy that did not belong to them. Through the internet or other means, the Defendants changed the beneficiary from the Plaintiffs to themselves without the knowledge, consent or understanding of the policy owner. The Defendants knew of their misconduct and intentionally defrauded the Plaintiffs. The Defendant misrepresented facts and concealed facts in order to change the said beneficiary. The Defendants received the pay-out from the life insurance policy upon the death of the Plaintiff's father, **Shaleh Kelly**. The Plaintiffs aver that the fraud and deceit was malicious, oppressive, or gross, and made with knowledge of its falseness and committed with the intent to deprive the plaintiffs of property or legal rights or otherwise caused injury.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendants pay damages, direct and indirect costs, court costs, and attorney fees. Further, the Plaintiffs request that punitive damages be awarded for the intentional and wanton acts of the Defendants so as to punish the Defendants for the harm to these Plaintiffs.

## COUNT TWO
### (Misrepresentation)

13.     The Plaintiffs incorporate herein as reference the allegations set forth in paragraphs 1 through 12, above.

14.     The Plaintiffs aver that the Defendants, Phyllis Knight and Keith Knight, through deceit and misrepresentation changed the beneficiary of a life insurance policy that did not belong to them. The Plaintiffs further aver that the Defendants knew they

were not the beneficiaries named in the life insurance policy of Shaleh Kelly. The Plaintiffs aver that this willful misrepresentation caused the Plaintiffs injury.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendants, Phyllis Knight and Keith Knight, pay damages, direct and indirect costs, court costs, and attorney fees. Further, the Plaintiffs request that punitive damages be awarded for the intentional and wanton acts of the Defendants so as to punish the Defendants for the harm to these Plaintiffs.

**COUNT THREE**
**(Breach of Contract)**

15.    The Plaintiffs incorporate herein as reference the allegations set forth in paragraphs 1 through 14, above.

16.    The Plaintiffs aver that the defendant, Metropolitan Life Insurance Company, had a duty to distribute to the beneficiary expressly named by the owner of the policy. The Plaintiffs allege the said defendant did not distribute to the beneficiary expressly named by the owner of the policy, thereby breaching the contract with the owner of the policy.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendant, Metropolitan Life Insurance Company, pay damages, direct and indirect costs, court costs, and attorney fees. Further, the Plaintiffs request that punitive damages be awarded for the intentional brach of contract so as to punish the Defendant for the harm to these Plaintiffs.

**COUNT FOUR**
**(Mental Anguish)**

17.     The Plaintiff incorporates herein as reference the allegations set forth in paragraphs 1 through 16, above.

18.     The Plaintiffs aver that due to the Defendants, Phyllis Knight and Keith Knight, above described fraudulent actions and misconduct, together with fraudulent suppression and misrepresentation, that the Plaintiffs have suffered and undergone mental anguish as a proximate result of the intentional conduct of the Defendants.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendants, Phyllis Knight and Keith Knight, pay damages, direct and indirect costs, court costs, and attorney fees.  Further, the Plaintiffs request that punitive damages be awarded for the intentional and wanton acts of the Defendants so as to punish the Defendants for the harm to these Plaintiffs.

**COUNT FIVE**
**(Negligence)**

19.     The Plaintiffs incorporate herein as reference the allegations set forth in paragraphs 1 through 18, above.

20.     The Plaintiffs aver and allege that the Defendant, Metropolitan Life Insurance Company allowed a beneficiary to be changed on a life insurance policy due to their negligent conduct. Further, the Defendant allowed its insured to have fraud and deceit committed against him due to their neglect conduct. The Defendant had a duty to protect the life insurance policy of Shaleh Kelly from fraud, deceit, and bad faith, which it did not do. The Plaintiffs aver the Defendant promised to warrant and defend the life insurance policy of Shaleh Kelly and failed to do so. The Plaintiffs allege that due to the said negligence, the Plaintiffs have suffered damages.

Page 6 of **8**

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs demand judgment against the Defendant, Metropolitan Life Insurance Company in an amount sufficient to compensate them for the injuries and damages which they have sustained as a proximate result of the above-described breaches of contract, including incidental and consequential damages.

### COUNT SIX
### (Unjust Enrichment)

21.     The Plaintiffs incorporate herein as reference the allegations set forth in paragraphs 1 through 20, above.

22.     The Plaintiffs aver the Defendants, Phyllis Knight and Keith Knight, were unjustly enriched by receiving the disbursement of a life insurance policy through deceit, misrepresentation and fraud. The Plaintiffs allege that due to the proximate result of the intentional unjust enrichment of the Defendants, the Plaintiffs have suffered damages.

**WHEREFORE THESE PREMISES CONSIDERED**, the Plaintiffs request that the Defendants, Phyllis Knight and Keith Knight, pay damages, direct and indirect costs, court costs, and attorney fees.  Further, the Plaintiffs request that punitive damages be awarded for the intentional and wanton acts of the Defendants so as to punish the Defendants for the harm to these Plaintiffs.

_Tyrus A. Kelly_
Tyrus A. Kelly, as an individual

_Tyrus A. Kelly_
**Tyrus A. Kelly, as personal**
**representative of the estate of**
**Shaleh Kelly**

Respectfully submitted this 23rd day of June, 2021.

_____
MITCHELL D. HAYS
Attorney for the Plaintiffs

**OF COUNSEL:**

Mitchell D. Hays
P.O. Box 386
Tuscumbia, Alabama  35674
Telephone:  (256) 383-9444
Fax:  (256) 381-7887

## JURY DEMAND

PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.

_____
OF COUNSEL

**STATE OF ALABAMA**
**COLBERT COUNTY**

Before me, a Notary Public, in and for said county and state, personally appeared **Tyrus A. Kelly, as an individual and as personal representative of the estate of Shaleh Kelly,** who being known to me, and being by me first duly sworn, does depose and say that he has knowledge of the facts and matters stated in the foregoing instrument and that said facts are true and correct to the best of his knowledge, information and belief.

Sworn to and subscribed before me on this the 23rd day of June, 2021.

_____
NOTARY PUBLIC
My commission expires 04/03/23

Page **8** of **8**



AlaFile E-Notice

20-CV-2021-900142.00

To:  MITCHELL DEWAYNE HAYS
     hayslaw@aol.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following alias summons was FILED on 7/15/2021 1:49:19 PM

Notice Date:     7/15/2021 1:49:19 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2021-900142.00

To:   METROPOLITAN LIFE INSURANCE CO (PRO SE)
C/O CT CORPORATION SYSTEM
2 N. JACKSON ST, STE 605
MONTGOMERY, AL, 36104-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following alias summons was FILED on 7/15/2021 1:49:19 PM

Notice Date:     7/15/2021 1:49:19 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2021-900142.00

To:  PHYLLIS KNIGHT
     38 WATER STONE CV
     NEWNAN, GA, 30215

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following alias summons was FILED on 7/15/2021 1:49:19 PM

Notice Date:     7/15/2021 1:49:19 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov



AlaFile E-Notice

20-CV-2021-900142.00

To:  KEITH KNIGHT
     38 WATER STONE CV
     NEWNAN, GA, 30265

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA

TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL
20-CV-2021-900142.00

The following alias summons was FILED on 7/15/2021 1:49:19 PM

Notice Date:     7/15/2021 1:49:19 PM

MARK R. EADY
CIRCUIT COURT CLERK
COLBERT COUNTY, ALABAMA
P.O. BOX 740370
TUSCUMBIA, AL, 35674

256-386-8511
mark.eady@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | SUMMONS<br>- CIVIL - | Court Case Number<br>20-CV-2021-900142.00 |
|---|---|---|

## IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL

**NOTICE TO:** PHYLLIS KNIGHT, 38 WATER STONE CV, NEWNAN, GA 30215

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MITCHELL DEWAYNE HAYS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 386, TUSCUMBIA, AL 35630

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KELLY TYRUS A

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 07/15/2021 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ MITCHELL DEWAYNE HAYS

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>20-CV-2021-900142.00 |
|---|---|---|

### IN THE CIRCUIT COURT OF COLBERT COUNTY, ALABAMA
### TYRUS A KELLY ET AL V. PHYLLIS KNIGHT ET AL

**NOTICE TO:** KEITH KNIGHT, 38 WATER STONE CV, NEWNAN, GA 30265

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), MITCHELL DEWAYNE HAYS

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 386, TUSCUMBIA, AL 35630

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of KELLY TYRUS A

*[Name(s)]*

pursuant to the Alabama Rules of the Civil Procedure.

| 07/15/2021 | /s/ MARK R. EADY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ MITCHELL DEWAYNE HAYS

*(Plaintiff's/Attorney's Signature)*

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,

*(Name of Person Served)*          *(Name of County)*

Alabama on _____

*(Date)*

| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
|---|---|---|
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT

Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee

$7.36

$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

JUL 15 2021

Postage
$

Total Postage and Fees
$

Sent To **Keith Knight**

Street and Apt. No., or PO Box No.

City, State, ZIP+4® **CV21-9004242**

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7020 3160 0001 3755 2590